UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the matter of:**

|  |  |  |
|---|---|---|
| **United States of America** | : | Case No.:  2:25-mj-534 |
| v. | : |  |
| **Dwayne K. Funderburke** | : |  |
|  | : | **Magistrate Judge Vascura** |

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Your affiant, Andrew J. Gafford, is a Special Agent assigned to the FBI Cincinnati Division, Columbus Resident Agency, Joint Terrorism Task Force (JTTF). In my duties as a special agent, I investigate international and domestic terrorism offenses and other violations of federal law. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

Your affiant makes this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. § 1361 – damaging federal property with a value exceeding $1,000. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that Funderburke committed the violation listed above. Being first duly sworn, hereby depose and state as follows:

**STATEMENT OF FACTS SUPPORTING PROBABLE CAUSE**

According to Columbus Division of Police (CPD) records, on September 22, 2025, at approximately 10:59 PM, a vehicle crashed into the pop-up vehicle barriers outside the Joseph P. Kinneary U.S. Courthouse (Courthouse) located at 85 Marconi Blvd in Columbus, Ohio. At or about 11:14 PM, officers from the Columbus Division of Police (CPD) and additional law enforcement organizations responded to the scene.

Based on an initial review of closed-circuit television (CCTV) footage obtained from the Courthouse, the responding officers determined that after the vehicle crash, a suspect exited the vehicle and ran towards the Courthouse garage. At or about 11:02 PM, the suspect picked up a trash can and used it to smash a glass door leading into the Courthouse. Additionally, a fire alarm in the Courthouse was activated. Based on a review of CCTC footage, the officers determined the suspect was likely still inside and initiated a search of the Courthouse. During the search of the Courthouse, the suspect was located in the lower garage stairwell area and was taken into custody. The suspect was identified as DWAYNE K. FUNDERBURKE (FUNDERBURKE).

On or about September 23, 2025, the FBI obtained and reviewed CCTV footage from the Courthouse. Based on a review of CCTC footage, at or about 10:58 PM, a red Honda sedan drove northbound on Marconi Blvd in the southbound lane, as indicated by the bicycle symbol painted on the street. As the vehicle approached the Courthouse at what appeared to be a high rate of speed, the left turn signal on the vehicle appeared to be activated, indicating a left-hand turn in the direction of the Courthouse.



At or about 10:59 PM, the vehicle turned left off Marconi Blvd towards the Courthouse and crashed into one of the pop-up barriers outside the Courthouse parking garage access point. An individual, now known to be FUNDERBURKE, exited the vehicle and ran between the pop-up barriers and down a ramp on the right-hand side of the parking lot. As he ran down the ramp, it appears FUNDERBURKE used his left hand to reach into the pocket on the front of his sweatshirt and then into his left pants pocket. FUNDERBURKE then ran back up the ramp and turned right towards the Courthouse parking garage. FUNDERBURKE was dressed in a grey sweatshirt, grey pants, and a white undershirt that was visible at the bottom of the sweatshirt.





      Based on a review of CCTV footage from inside the Courthouse parking garage, at or about 10:59 PM, FUNDERBURKE climbed through an elevated opening in the Courthouse parking garage. CCTV footage captured FUNDERBURKE dropping from the opening and falling to the ground onto his back. FUNDERBURKE then got up off the ground, appeared to retrieve an item he may have dropped, ran around the parking garage, and at one point appeared to throw an item

at the wall. FUNDERBURKE then ran towards the doors leading to the Courthouse from the parking garage.



At or about 11:02 PM, FUNDERBURKE picked up a trash can and forcefully threw the trash can against a glass door leading into the Courthouse. The glass panels on the door immediately shattered from the impact of the trash can. FUNDERBURKE then crouched down and slid through the broken lower panel in the door, entering the Courthouse.







When the responding officers conducted their search of the Courthouse and took FUNDERBURKE into custody at or about 1:53 AM on September 23, 2025, FUNDERBURKE was dressed in the same grey sweatshirt, grey pants, and white undershirt as the suspect described in the aforementioned CCTC footage.



On September 23, 2025, the FBI attempted to interview FUNDERBURKE at the James A. Karnes Corrections Center in Columbus, Ohio, where FUNDERBURKE was incarcerated. FUNDERBURKE declined to be interviewed, however, the affiant can confirm that FUNDERBURKE appears to be identifiable with the individual captured in CCTV footage from

inside the Courthouse parking garage. Additionally, the suspect captured on CCTV footage from inside the Courthouse parking garage appears to be identifiable with FUNDERBURKE based on a visual comparison to his Ohio Bureau of Motor Vehicles driver's license photo.



On or about September 23, 2025, the FBI obtained photos of the vehicle crash and damage to the Courthouse from the Franklin County Sherriff's Office (FCSO). Two of the photos show where FUNDERBURKE crashed his vehicle into the pop-up barriers outside the Courthouse.





      FCSO also provided the FBI with a photo of the glass door to the Courthouse that FUNDERBURKE smashed with a trash can. As can be seen in the photo, when FUNDERBURKE hit the door with the trash can, it shattered the glass panneling of the door.



On or about September 23, 2025, the FBI spoke with the General Services Administration (GSA) Supervisory Property Manager of the Columbus Field Office, Public Building Service, who is responsible for maintaining federal properties in/around Columbus, Ohio. GSA advised that it will take approximately three to four weeks to repair the Courthouse door due to the glass being special order and estimated that the repair would cost between approximately $5000 and $7000 USD. GSA further advised that the pop-up vehicle barriers outside the Courthouse sustained damage.

Based on the foregoing, your affiant submits that there is probable cause to believe that FUNDERBURKE violated 18 U.S.C. 1361.

Respectfully submitted,

*[signature]*

ANDREW J. GAFFORD
FEDERAL BUREAU OF
INVESTIGATION

Subscribed and sworn to before me on 24th day of September, 2025.

*[signature]*

Honorable Chelsey M. Vascura
United States Magistrate Judge
United States District Court
Southern District of Ohio