**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**
**AT COLUMBUS**

**CRIMINAL ACTION NO. 2:25-MJ-534-DLB**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                                              **ORDER**

**DWAYNE K. FUNDERBURKE**                                        **DEFENDANT**

* * * * * * * * * * * * * *

On October 29, 2025, the undersigned Judge was designated by Sixth Circuit Chief Judge Jeffrey S. Sutton to preside over this criminal case. *See* Doc. # 16.

The record reflects that a criminal complaint (Doc. # 1) was filed against the Defendant on September 24, 2025. In that complaint, the United States alleges that in the late evening hours of September 22, 2025, the Defendant damaged federal property exceeding $1,000 in violation of 18 U.S.C. § 1361. According to the complaint, the charge stems from the Defendant crashing a vehicle into the vehicle barriers outside the Columbus federal courthouse and then shattering a glass entry door into the courthouse with a trash can. (*Id*.) The affiant alleges that the estimated damage to the barrier and door is between $5,000 to $7,000. The charge is a felony carrying a maximum statutory penalty of not more than ten years and a $250,000 fine.

Defendant made his initial appearance before Court on October 20, 2025 (Doc. # 5), appearing before Magistrate Judge Karen Litkovitz. During that initial appearance, the United States moved for pretrial detention. (Doc. # 5). A detention hearing was conducted two days later on October 22, 2025. (Doc. # 9). At the conclusion of the

hearing Magistrate Judge Litkovitz denied the government's motion and signed an Order setting conditions of release.  (Doc. 10).

The United States has now filed a motion to revoke that Order (Doc. # 12), and the Defendant has filed his response opposing the motion.  (Doc. # 15).  Upon review of the motion and response, the Court believes that obtaining a transcript of the October 22, 2025 detention hearing is necessary to conduct its *de novo* review of the release decision.

Accordingly**, IT IS ORDERED** as follows:

1.   The Clerk shall have the audio recording of the October 22, 2025 detention hearing **transcribed** and **filed of record**;

2.   The Order Setting Conditions of Release (Doc. # 10) entered by Magistrate Judge Litkovitz on October 22, 2025 is hereby **stayed** pursuant to 18 U.S.C. § 3145(a)(1), pending disposition by this Court of the Government's Motion to revoke pretrial release;

3.   The United States shall file its **reply** to the Defendant's response in opposition **not later than October 31, 2025**; and

4.   The Clerk shall submit the motion to the undersigned Judge for decision once the reply and transcript of the hearing have been filed of record.

This 29th day of October, 2025.



Signed By:

*David L. Bunning*

Chief United States District Judge